1  FRANK N. DARRAS #128904
   SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
2  3257 East Guasti Road, Suite 300
3  Ontario, CA  91761
   Telephone:   909.390.3770
4  Facsimile:    909.974.2121

5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  NONETTE VILLA,                          Case No: 2:08-CV-01404-FCD-JFM

12          Plaintiff,

13     vs.                                  **STIPULATION AND ORDER FOR
                                            DISMISSAL OF ENTIRE ACTION WITH
14                                          PREJUDICE**

15  LIFE INSURANCE COMPANY OF
    NORTH AMERICA; and
16  CONSTELLATION BRANDS, INC.
    PLAN,
17

18          Defendant

19

20

21        IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff NONETTE VILLA, and

22  defendant LIFE INSURANCE COMPANY OF NORTH AMERICA; and

23  CONSTELLATION BRANDS, INC. PLAN, and their attorneys of record, that the parties

24  have resolved this matter in its entirety.

25        IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

26  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

27  / / /

28

                                        - 1 -

408369.1

1    Dated:  December 8, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

2

3                                            _____/s/ Frank N. Darras_____
                                             FRANK N. DARRAS
4                                            Attorneys for Plaintiff: NONETTE VILLA

5

6

7    Dated:  December 10, 2008         WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER, LLP
8

9                                            _____/s/ Dennis J. Rhodes_____
10                                           ADRIENNE C. PUBLICOVER
                                             DENNIS J. RHODES
11                                           Attorneys for Defendants
                                             LIFE INSURANCE COMPANY OF NORTH
12                                           AMERICA; and CONSTELLATION BRANDS, INC.
                                             PLAN,
13

14

15          **IT IS SO ORDERED.**

16

17
     Dated:  December 11, 2008         _____
18                                           FRANK C. DAMRELL, JR.
19                                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

- 2 -